# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR IVAN HERNANDEZ TORREZ, | Case No. 5:26-cv-03387-SSC |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN OF ADELANTO DESERT VIEW ANNEX DETENTION CENTER, et al., | |
| Respondents. | |

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that:

1. The petition is granted;

2. Respondents are enjoined from continuing to detain Petitioner unless no later than **July 7, 2026**, he is provided with an individualized bond hearing under 8 U.S.C. § 1226(a) at which the government must bear the burden of showing by clear and convincing evidence that Petitioner poses a flight risk or danger to the public, and the immigration judge must exercise discretion to make an individualized determination whether Petitioner should be detained pending removal proceedings; and

3. The Clerk of Court is directed to close this case.

DATED: June 29, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE

2